BELTWAY CAPITAL, LLC, Respondent, v VIRGINIA GUTIERREZ et al., Defendants, and JAMES BIANCO et al., Appellants.

Submitted January 17, 2017; decided March 23, 2017

Motion for reargument of motion for leave to appeal granted and, upon reargument, motion for leave to appeal denied [*see* 28 NY3d 1102 (2016)].

In the Matter of the Claim of BIN YUAN, Respondent. LEGAL INTERPRETING SERVICES, INC., Appellant; COMMISSIONER OF LABOR, Respondent. (Claim No. 1.)

In the Matter of the Claim of SUZANNE LYNCH, Respondent. LEGAL INTERPRETING SERVICES, INC., Appellant; COMMISSIONER OF LABOR, Respondent. (Claim No. 3.)

In the Matter of the Claim of ELIZABETH HERRERA, Respondent. LEGAL INTERPRETING SERVICES, INC., Appellant; COMMISSIONER OF LABOR, Respondent. (Claim No. 4.)

Submitted December 19, 2016; decided March 23, 2017

Motion for leave to appeal dismissed upon the ground that the orders sought to be appealed from do not finally determine the proceedings within the meaning of the Constitution.

In the Matter of JAMES R. DIEGELMAN et al., Appellants, v CITY OF BUFFALO et al., Respondents.

Submitted January 30, 2017; decided March 23, 2017

Motion for reargument denied with $100 costs and necessary reproduction disbursements [*see* 28 NY3d 231 (2016)].